In the Matter of the Estate of JOHN M. GLEN, Deceased.

ELEANOR GLEN, Individually and as Administratrix with the Will Annexed of the Estate of JOHN M. GLEN, Deceased, et al., Appellants; JAMES GLEN, Respondent.

(Argued September 29, 1936; decided October 13, 1936.)

*Robert McC. Marsh* and *Frederic P. Rich* for appellants. *Alexander J. Field* for respondent.

Order affirmed, without costs; no opinion. (See **272** N. Y. 640.)

Concur: LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE, Ch. J., LOUGHRAN and FINCH, JJ.